UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE MONTANEZ, Administratrix for the Estate of Edgardo Rosario, JACQUELINE MONTANEZ, EDGARDO ROSARIO, SR., CHRISTINE ROSARIO, CYNTHIA ROSARIO, and YARLINE ROSARIO, <br><br>    Plaintiffs, <br>v. <br><br>HARTFORD HEALTHCARE CORP., et al., NATCHAUG HOSPITAL, INC., WINDHAM COMMUNITY MEMORIAL HOSPITAL INC., and JOHN F. B. HANEY, M.D., <br><br>    Defendants. <br><br>NATCHAUG HOSPITAL, INC., and JOHN F.B. HANEY, M.D., <br><br>    Defendants/Apportionment Plaintiffs, <br>v. <br><br>UNITED STATES OF AMERICA, <br><br>    Apportionment Defendant. | Civil No. 3:03CV1202(MRK)(WIG) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 27, 2005 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiffs, Jacqueline Montanez, individually, and as Administratrix of the Estate of Edgardo Rosario, Jr., Edgardo Rosario, Sr., Christine Rosario, Cynthia Rosario, and Yarline Rosario, and defendant, Windham Community Memorial Hospital, Inc., and Apportionment Defendant the United States of America, through their

undersigned counsel, and pursuant to the Stipulations and Agreements for Compromise Settlement and Release of Claims entered into by, between and among them, hereby stipulate to voluntary dismissal of this action as between them with prejudice.[1]

Respectfully submitted,

PLAINTIFFS
JACQUELINE MONTANEZ, individually, and as
Administratrix of the Estate of Edgardo Rosario, Jr.,
EDGARDO ROSARIO, SR.,
CHRISTINE ROSARIO,
CYNTHIA ROSARIO, and
YARLINE ROSARIO


BY: _____
       RONALD T. MURPHY, ESQ.*
       ADVOCATES LAW FIRM, LLC
       11 Franklin Square
       New Britain, CT 06051
       (860) 348-1900
       Federal Bar No. ct00265



DEFENDANT WINDHAM COMMUNITY MEMORIAL HOSPITAL, INC.


BY: _____
       MICHELE I. TURNER, ESQ.*
       PAUL D. WILLIAMS, ESQ.
       DAY, BERRY & HOWARD
       CityPlace
       Hartford, CT 06103
       (860) 275-0319
       Federal Bar No. ct24012

---

[1] The Plaintiffs are not hereby stipulating to dismissal of this action as against Defendants Natchaug Hospital Inc., and John F.B. Haney, M.D., which is the subject of a pending motion for remand herein.  See *Plaintiffs' Response to [Haney's and Natchaug's] Motion to Remand, dated October 12, 2004* (docket filing no. 39).

APPORTIONMENT DEFENDANT
UNITED STATES OF AMERICA

BY: KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


_____
LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut 06103
(860) 947-1101
Federal Bar No. ct23164




*Attorneys Ronald T. Murphy of Advocates Law Firm and Michelle I. Turner, of Day, Berry & Howard have reviewed the final version of this stipulation and, to save time, have authorized AUSA Lisa E. Perkins to sign this document on their behalf.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing was sent, postage prepaid, via first-class mail this 27th day of January, 2005, to:

Ronald T. Murphy, Esq.
Advocates Law Firm, LLC
11 Franklin Square
New Britain, CT 06051

*Attorney for Plaintiffs*


Michelle I. Turner, Esq.
Paul D. Williams, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103

*Attorneys for Defendant Windham Community Memorial Hospital*


R. Cornelius Danaher, Esq.
Thomas O. Anderson, Esq.
Andrew S. Wildstein, Esq.
Robert E. Kiley, Esq.
Danaher, Lagnese & Neal, P.C.
21 Oak Street
Hartford, CT 06106

*Attorneys for Defendants/Apportionment Plaintiffs Natchaug Hospital and John F.B. Haney, M.D.*


                                                    LISA E. PERKINS
                                                    ASSISTANT UNITED STATES ATTORNEY