UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE MONTANEZ,<br>Individually and as Administratrix for<br>the Estate of Edgardo Rosario, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD HEALTHCARE CORP.,<br>et al.,<br><br>Defendants. | NO. 3:03CV1202 (MRK) |

## RULING ON MOTION TO REMAND

In the Parties' Stipulation of Voluntary Dismissal with Prejudice [doc. #44], the Plaintiffs, Jacqueline Montanez, individually, and as Administratrix of the Estate of Edgardo Rosario, Jr., Edgardo Rosario, Sr., Christine Rosario, Cynthia Rosario, and Yarline Rosario, and Defendant, Windham Community Memorial Hospital, Inc., and Apportionment Defendant the United States of America, stipulated to a voluntary dismissal of this action as between them with prejudice. On January 28, 2005 [doc. #45], the Court dismissed these Defendants in accordance with the Parties' Stipulation. The only remaining Defendants in this case are Natchaug Hospital Inc. and John F.B. Haney, M.D.

Recognizing that the United States is no longer a party in this matter, the Court now turns to the Defendants' Motion to Remand [doc. #36]. Plaintiffs do not object to this motion to remand. *See* Pls.' Response to Motion to Remand [doc. #39], at 1. Therefore, the Court GRANTS Defendants' Motion to Remand [doc. #36], and remands this case back to the Connecticut Superior Court for the Judicial District of Hartford, without prejudice to renewal in

this Court if the Superior Court does not accept jurisdiction.

               IT IS SO ORDERED.


            /s/   Mark R. Kravitz
              United States District Judge

**Dated at New Haven, Connecticut: January 31, 2005.**